## Involuntary Termination of Parental Rights.

Argued, April 18, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Ralph W. Litzenberger,* for appellant.

*Jacob S. Kolb,* with him *Kolb, Holland, Antonelli & Heffner,* for appellee.

OPINION PER CURIAM, June 28, 1972:
Decree affirmed. Each party to bear own costs.